**UNITED STATES DISTRICT COURT**
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ANNA MARIA BENSETT

            Plaintiff,

CASE NUMBER: 16-11772
HONORABLE VICTORIA A. ROBERTS
MAGISTRATE JUDGE PATTI

v.

COMMISSIONER OF SOCIAL SECURITY,

            Defendant.
_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION

On August 3, 2017, Magistrate Judge Patti issued a Report and Recommendation [Doc. 26], recommending that Plaintiff's Motion for Summary Judgment [Doc. 18] be **GRANTED**, Defendant's Motion for Summary Judgment be **DENIED** [Doc. 24] and this matter be **REMANDED**. Neither party filed objections within the fourteen day period pursuant to Fed.R.Civ.P 72(b) and 28 U.S.C. § 636(b)(1). The Court adopts the Report and Recommendation.

Accordingly, Plaintiff's Motion for Summary Judgment is **GRANTED** and Defendant's Motion for Summary Judgment is **DENIED**. This matter is **REMANDED** for further proceedings consistent with the Report and Recommendation.

    **IT IS ORDERED**.

                                    /s/ Victoria A. Roberts
                                    Victoria A. Roberts
                                    United States District Judge

Dated: August 30, 2017

The undersigned certifies that a copy of this document was served on the attorneys of record by electronic means or U.S. Mail on August 30, 2017.

S/Linda Vertriest
Deputy Clerk